ACCEPTED
14-15-00093-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/20/2015 10:09:15 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00093-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/20/2015 10:09:15 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
HOUSTON, TEXAS

**STATE FARM LLOYDS,**
*Appellant*

**v.**

**GINGER HANSON,**
*Appellee*

On Appeal from Cause No. 2012-68087
In the 281st Judicial District Court
Harris County, Texas

**APPELLANT STATE FARM LLOYDS'
UNOPPOSED MOTION FOR A 17-DAY EXTENSION OF TIME
TO FILE REPLY BRIEF**

Kevin G. Cain
State Bar No. 24012371
*cain@mdjwlaw.com*
Levon G. Hovnatanian
State Bar No. 10059825
*hovnatanian@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**TO THE HONORABLE COURT OF APPEALS:**

Comes now the appellant, State Farm Lloyds ("State Farm"), and respectfully moves for a 17-day extension of time to file its reply brief. State Farm has requested and received one previous extension of time (of 30 days) to file its reply brief.

The current deadline for State Farm to file its reply brief is Friday, November 20, 2015. *See* TEX. R. APP. P. 38.6(c). This motion is filed on Friday, November 20, 2015, and is therefore timely filed. *See* TEX. R. APP. P. 38.6(d) ("A motion to extend the time to file a brief may be filed before or after the date the brief is due.").

The facts reasonably relied upon to explain the need for an extension of time are as follows.

Levon G. Hovnatanian, one of State Farm's appellate counsel, has been extremely busy with other pressing matters:

1. Mr. Hovnatanian assisted in preparing the brief of appellee Mid-Century Insurance Co., filed on November 2, 2015 (after two extensions), in Cause No. 07-26-00037-CV; *WC 1217-1221 Haven Lane, LP, Appellant v. Mid-Century Insurance Co., Appellee*; in the Seventh Court of Appeals.

2. Mr. Hovnatanian prepared for, and presented oral argument on November 4, 2015, on behalf of the real party in interest, United Services

Automobile Association, in Cause No. 14-1006; *In re Stacey Bent and Mark Bent*; in the Supreme Court of Texas.

3.      Mr. Hovnatanian is preparing the brief of one of the appellees, MPF Investments, LLC D/B/A "A-1 Rent All," due on November 16, 2015 (with an extension pending), in Cause No. 12-15-00121-CV; *Garry L. Rollins and Carla D. Rolllins, Appellants v. Texas College and MPF Investments, LLC D/B/A "A-1 Rent All," Appellees*; in the Twelfth Court of Appeals.

4.      Mr. Hovnatanian is assisting in preparing a petition for review, due on November 16, 2015 (after one extension, and the second extension is pending), in Cause No. 15-0805; *St. Paul Fire & Marine Insurance Company and St. Paul Surplus Lines Insurance Company, Petitioners v. Petroplex, Energy, Inc., Respondent*; in the Supreme Court of Texas.

5.      Mr. Hovnatanian is assisting in preparing the brief of the appellee, due on December 3, 2015 (after two extensions), in Cause No. 05-15-00678-CV; *Brenda Peterson, Individually and as Next Friend of B.Q.P., a Minor and as Administrator of the Estate of James Q. Peterson, Deceased, and Gary Peterson, Appellants v. Farmers Texas County Mutual Insurance Company, Appellee*; in the Fifth Court of Appeals.

Kevin Cain, State Farm's appellate counsel who has performed much work on this case, also has been extremely busy with other pressing matters:

1.     Mr. Cain is preparing to present oral argument on December 3, 2015, on behalf of appellee Integrity Insurance Solutions, in No. 14-15-00042-CV; *Benson Scott Wyly, Appellant v. Essex Insurance Company, U.S. Risk, Inc., and Integrity Insurance Solutions, Appellees*; in the Fourteenth Court of Appeals.

2.     Mr. Cain prepared for, and, on November 10, 2015, attended the telephonic hearing on the motion to enforce settlement, on behalf of Farmers Insurance Company, in MDL Cause No. 2015CV2002272D5; *In Re Farmers Ins. Co. Wind/Hail Storm Litigation*; Cause No. C-0455-13-E; *Tucan Enterprises LLC d/b/a Collision Specialists v. Truck Ins. Exch.*; in the 275th Judicial District Court of Hidalgo County, Texas.

3.     Mr. Cain prepared for, and, on November 11, 2015, filed the response to the post-hearing questions in MDL Cause No. 2015CV2002272D5; *In Re Farmers Ins. Co. Wind/Hail Storm Litigation*; Cause No. C-0455-13-E; *Tucan Enterprises LLC d/b/a Collision Specialists v. Truck Ins. Exch.*; in the 275th Judicial District Court of Hidalgo County, Texas.

4.     Mr. Cain prepared, and filed on November 13, 2015, Farmers' Verified Motion for Temporary Sealing Order, Motion to Seal, and Motion for Protection, in matters relating to *In re Farmers Insurance Company Wind/Hail*

*Storm Litigation*, MDL No. 2015-37067, Harris County; MDL No. 048-000001-15, Tarrant County; and MDL No. 2015-CV2002272D5, Webb County.

5.      Mr. Cain prepared for, and, on November 17, 2015, filed the post-oral argument letter-brief and response in No. 14-31321; *Cameron International Corp. v. Liberty Insurance Underwriters Inc.*; in the Fifth Circuit Court of Appeals

Based on the above, appellant State Farm Lloyds respectfully requests a 17-day extension of time to file its reply brief, that is, to and including Monday, December 7, 2015.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By:    */s/ Kevin G. Cain*
        Kevin G. Cain
        State Bar No. 24012371
        *cain@mdjwlaw.com*
        Levon G. Hovnatanian
        State Bar No. 10059825
        *hovnatanian@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

ATTORNEYS FOR APPELLANT
STATE FARM LLOYDS

## CERTIFICATE OF CONFERENCE

This is to certify that on November 19, 2015, the undersigned communicated with Ms. Melissa Wray, counsel for appellee Ginger Hanson, and Ms. Wray advised that she does not oppose this motion.

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated appellant's unopposed motion for a 17-day extension of time to file reply brief contains 706 words.

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated: November 20, 2015

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing unopposed motion for a 17-day extension of time to file reply brief of appellant has been forwarded to the individual(s) listed below, by the method indicated, on this 20th day of November, 2015:

Mr. Richard D. Daly
*rdaly@dalyblack.com*
Mr. John Black
*jblack@dalyblack.com*
Ms. Melissa Waden Wray
*mwray@dalyblack.com*
RICHARD DALY LAW FIRM
2211 Norfolk Street, Ste. 800
Houston, Texas 77098
*(via e-filing and e-mail)*
*(Attorneys for appellee Ginger Hanson)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian